UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EASTERN SAVINGS BANK, FSB | : CASE NO.:3:13-CV-00022-JCH |
| | : |
| V. | : |
| | : |
| LUIS H. BOLANOS AND MARLEN | : |
| BOLANOS | : DECEMBER 10, 2013 |

## MOTION FOR STAY

The plaintiff, Eastern Savings Bank FSB ("ESB"), through its undersigned counsel, hereby moves the Court to enter a Stay in this matter. The plaintiff and the defendants have entered into a forbearance agreement by which the defendants will make monthly payments through November 30, 2014. The plaintiff has agreed to forbear from continuing with the foreclosure action during that time. If all payments are made pursuant to the Agreement, the action (including any counterclaims) will be withdrawn. If either party fails to comply with the Agreement, the action will resume.

Dated at Avon, Connecticut, this 10th day of December, 2013.

                           PLAINTIFF
                           EASTERN SAVINGS BANK FSB
                           BY_____
                               Robert J. Piscitelli (CT08876)
                               Law Offices of Robert M. Meyers, LLC
                               56 East Main Street
                               Avon, CT  06001
                               Phone: (860) 677-6655
                               Fax: (860) 409-2567
                               Email: rpiscitelli@meyerslawoffice.com

## CERTIFICATION OF SERVICE

I hereby certify that on December 10, 2013, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

_____
Robert J. Piscitelli (CT08876)
Law Offices of Robert M. Meyers, LLC
56 East Main Street
Avon, CT 06001
Phone: (860) 677-6655
Fax: (860) 409-2567
Email: rpiscitelli@meyerslawoffice.com